(2020-147)

CAUSE NO. 2020-CCL-00601

| | | |
|---|---|---|
| ANTONIA SALDIVAR | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NO II |
| | § | |
| CERA ALIZABITH CARRIGER | § | CAMERON COUNTY, TEXAS |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, CERA ALIZABITH CARRIGER, files this Notice of Removal to the United States District Court for the Southern District of Texas, Brownsville Division, pursuant to 28 U.S.C. §§ 1441 and 1446, based on the following facts, which show that this case is properly removable:

### I.

### PROCEDURAL BACKGROUND

1. On July 9, 2020, Plaintiff, Antonia Saldivar, commenced an action in the Cameron County Court At Law No. II, Cause No. 2020-CCL-00601, styled ***Antonia Saldivar v. Cera Alizabith Carriger.*** Plaintiff alleges Defendant is liable to her under a negligence theory for personal injuries she sustained in the subject incident.

2. Plaintiff is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a citizen of Texas.

3. Defendant Carriger has never been properly served with process or with a copy of Plaintiffs' Original Petition with Request for Disclosure (hereinafter "Plaintiff's" Original Petition). Stated somewhat differently, process has never been effectuated properly pursuant to Texas Rule of Civil Procedure 106.

4. Defendant's Notice of Removal is timely. 28 U.S.C. § 1446(b).

5. At the time suit was filed, and continuing to the present, this Court had, and still has, original subject mater jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1). There is complete diversity of citizenship between Plaintiff and the Defendant, Cera Alizabith Carriger, as discussed below. There are no statutory bars against removal to the United States District Court, Southern District of Texas.

6. In addition, the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *See* Pet. II, page 1.

## II.

## PARTIES

7. Plaintiff is now, and was at the time of removal and at the time of the filing of the instant lawsuit, a citizen of Texas. Specifically, Plaintiff alleges to be a citizen of, and domiciled in, Cameron County, Texas. *See* Pet. Para. III.

8. Defendant, Cera Alizabith Carriger, is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a natural person and citizen of another State, that is, Missouri.

## III.

## BASIS FOR REMOVAL: DIVERSITY JURISDICTION

**A. Diversity Jurisdiction Exists.**

9. Removal is proper because this lawsuit involves a controversy between citizens of different states. Specifically, Plaintiff is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a citizen of Texas.

15.     In contrast, Defendant, Cera Alizabith Carriger, is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a natural person and citizen of Missouri.

## IV

## COMPLIANCE WITH REMOVAL PROCEDURES

16.     A copy of this Notice of Removal was filed with the clerk of the State Court in which the original action was filed, as required by law.

17.     Pursuant to Local Rules 3 and 81, this Notice of Removal is accompanied by a Civil Cover Sheet and copies of the following attached documents:

- a.  Pleadings asserting causes of action (Exhibit A);
- b.  All orders signed by the State Judge (Exhibit B)
- c.  The state court docket sheet at the time of removal (Exhibit C);
- d.  An index of matters being filed (Exhibit D);
- e.  A list of all attorneys, including their addresses, telephone numbers, and the parties they represent (Exhibit E);

## V.

## PRAYER

For these reasons, Defendant, Cera Alizabith Carriger requests that the Court take jurisdiction of this action to its conclusion and final judgment, to the exclusion of any further proceedings in State Court, in accordance with law.

Dated: September 16, 2020.

Respectfully submitted,

/s/ Anthony B. James
Anthony B. James, Attorney in Charge
State Bar No. 10537300
Federal I.D. No. 3785
Bryan Nichols
State Bar No. 24041592
Federal I.D. No. 1047995

HODGE & JAMES
Attorneys at Law
P.O. Box 534329 (78553)
1617 E. Tyler, Suite A
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile:  (956) 425-7707

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, Defendant's Notice of Removal, has been served on the 16th of September, 2020 to all attorneys of record via E-Service as follows:

Email: alanizlawfirm@yahoo.com
Email: noe_alaniz83@yahoo.com
Noe Alaniz, Jr.
Alaniz Law Firm, LLC
201 S. Sam Houston
San Benito, Texas 78586

*Attorney for Plaintiff*

/s/ Anthony B. James
Anthony B. James